**ADAMS et al. v. RYAN, Warden.**

**No. 10568.**

Circuit Court of Appeals, Fifth Circuit.

July 7, 1943.

Thurgood Marshall, of New York City, for petitioners.

Malcolm E. Lafargue, U. S. Atty., and John A. Patin, Asst. U. S. Atty., both of Shreveport, La., for respondent.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

It being made to appear that the applicants for the writ are no longer in the custody of respondents for prosecution in the Federal Court, but that they have been, or will be delivered to the Army for prosecution by court-martial, the petition for writ of habeas corpus should be denied, and it will be so ordered.

Petition denied.